JACOB I. GOODSTEIN, Respondent, v. WELSH BROS. CONTRACTING Co., INC., and Others, Defendants, and HARRY MESARD, Appellant.— Order denying defendant Mesard's motion to dismiss the complaint as against him, under rule 106, subdivision 5, of the Rules of Civil Practice, as being insufficient in law, affirmed,

with ten dollars costs and disbursements, with leave to appellant to serve an answer within ten days from the entry of the order hereon. (*Lurie* v. *New Amsterdam Casualty Co.*, 270 N. Y. 379.) Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.